

# Fourth Court of Appeals
## San Antonio, Texas

Monday, March 16, 2015

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court